ANSON B. MORAN, appellant.

*v.*

UNITED STATES CAST IRON PIPE AND FOUNDRY COMPANY,
respondent.

[Decided October 20th, 1924.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *95 N. J. Eq. 389.*

*Messrs. Pilney, Hardin & Skinner,* for the appellant.

*Messrs. Lindabury, Depue & Faulks,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS—14.

*For reversal*—None.